IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL
f/k/a John L. Burton,
    Petitioner,

vs.           CASE NO.: 3:06cv327/RV/MD

LUCY HADI, Secretary,
 Florida Department of Children
 and Families,
    Respondent.
_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 25, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The § 2254 petition (doc. 1) is DISMISSED WITHOUT PREJUDICE to petitioner refiling it upon receipt of the requisite authorization from the Eleventh Circuit.

    DONE AND ORDERED this 21st day of September, 2006.

                /s/ _Roger Vinson_
                ROGER VINSON
                SENIOR UNITED STATES DISTRICT JUDGE